UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT
(BURLINGTON)

| | |
|---|---|
| Carissa C.,<br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br>    Defendant. | )<br>)<br>)<br>)  Civil 2:24-cv-00304-wks<br>)<br>)<br>) |

**ORDER**

Upon consideration of the assented to motion of the Commissioner for an order remanding this matter for further administrative proceedings, it is hereby ORDERED that the Commissioner's motion for remand is granted.   The decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g), with remand of the cause to the Commissioner for further proceedings.  *See Shalala v. Schaefer*, 509 U.S. 292, 305 n.2 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101 n.2 (1991).

On remand, the Appeals Council will remand this case to an Administrative Law Judge who will be instructed to consider all evidence in the claims file (including any new evidence Plaintiff or the Commissioner may submit) and issue a new decision.

Dated at Burlington, in the District of Vermont, this 26th day of August, 2024.

*William K. Sessions III*
District Court Judge