# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| CARISSA CROSS | ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.  2:24-cv-304 |
| COMMISSIONER OF SOCIAL SECURITY | ) ) ) | |
| *Defendant(s)* | ) | |

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document 10) filed August 26, 2024, defendant's Assented-To Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Reversal and Remand of the Cause to the Defendant (Document 9) is GRANTED. This case is REMANDED for further proceedings.

Date:   August 26, 2024

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   8/26/2024

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*