## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT
## (BURLINGTON)

Carissa C.,

      **Plaintiff,**                            **2:24-cv-00304-wks**

      **-v-**

Commissioner of Social Security,

      **Defendant.**

---

### JOINT STIPULATION AND ORDER
### FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)
### AS WELL AS COSTS UNDER 28 U.S.C. § 1920

1. **IT IS HEREBY STIPULATED** by and between the parties above that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$4,782.42,** pursuant to the EAJA, 28 U.S.C. § 2412.

2. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

3. It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $**405.00**.

4. This document may be executed in duplicate originals.

WHEREFORE, the parties hereby request the Court to issue an Order granting the Plaintiff **$4,782.42** in attorney fees under the EAJA and **$405.00** in costs under 28 U.S.C. § 1920.

Dated: November 1, 2024

By:*/s/ Jason P. Peck*                  By:    */s Arthur P. Anderson*

    Jason P. Peck                          Arthur P. Anderson, Esq.
    Social Security Administration          Anderson Lamb & Associates PC
    Office of General Counsel               255 South Champlain Street, #13
    6401 Security Blvd., Suite 625          P.O. Box 1624
    Baltimore, MD 21235                  Burlington, VT 05402-1624

410-965-6107
Email: jason.peck@ssa.gov
Duty station time zone: Central

(802) 862-7070
Fax: (802) 859-0010
Email: art@andersonlambpc.com

**So Ordered:**


**/s/ William K. Sessions III**                **November 5, 2024**
**William K. Sessions III**                      **DATE**
**U.S. District Court Judge**